JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. ED CV 16-00863 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **EMANUEL CASSIUS SAMUELS, et al.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Emanuel Cassius Samuels, individually and d/b/a El Parrandero Night Club a/k/a The Empire, the Court having granted plaintiff's Application for Default Judgment, and against defendant Carlos A. Sandoval Rodriguez, individually and d/b/a El Parrandero Night Club a/k/a The Empire, upon the Court's grant of Partial Summary Judgment in favor of plaintiff. [*See* Doc. Nos. 36; 41.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Emanuel Cassius Samuels, individually and d/b/a El Parrandero Night Club a/k/a The Empire, and defendant Carlos A. Sandoval

Rodriguez, individually and d/b/a El Parrandero Night Club a/k/a The Empire, shall pay the plaintiff, J & J Sports Productions, Inc., $15,000.00 in total damages. The damages award against defendant Emanuel Cassius Samuels is joint and several with the award against defendant Carlos A. Sandoval Rodriguez. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.[1]

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: January 24, 2019

_____
William Keller
United States District Judge

---

[1] The previous award of attorneys' fees in the amount of $1,500.00 against defendant Emanuel Cassius Samuels will be offset against any additional award of attorneys' fees. [*See* Doc. No. 36.]